IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID SCOTT GAFFORD,           )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )          2:26cv347-MHT
                               )             (WO)
BUTLER COUNTY, ALABAMA         )
CIRCUIT COURT and STATE OF     )
ALABAMA,                       )
                               )
     Defendants.               )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is pro se and incarcerated, filed this lawsuit seeking to have certain parts of Alabama's sex offender notification and registration statute held unconstitutional.  The United States Magistrate Judge granted plaintiff's motion for leave to proceed in forma pauperis.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the order of granting plaintiff leave to proceed in forma pauperis be vacated because it was entered in error, and that plaintiff's case be dismissed without prejudice under

28 U.S.C. § 1915(g) and the court's inherent authority to manage its docket and enforce applicable rules. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate order and judgment will be entered.

DONE, this the 3rd day of August, 2026.

<u>    /s/ Myron H. Thompson    </u>
**UNITED STATES DISTRICT JUDGE**

2