IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DAVID SCOTT GAFFORD,        )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )         2:26cv347-MHT
                            )             (WO)
BUTLER COUNTY, ALABAMA      )
CIRCUIT COURT and STATE OF  )
ALABAMA,                    )
                            )
     Defendants.            )

ORDER AND JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 6) is adopted.

(2) The June 4, 2026, order granting plaintiff leave to proceed in forma pauperis (Doc. 5) is vacated.

(3) This lawsuit is dismissed without prejudice under 28 U.S.C. § 1915(g) and the court's inherent authority to manage its docket and enforce applicable rules. All pending motions are denied.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of August, 2026.

　　　　　　　　　　　　　／s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2